**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

September 9, 2009

Clerk, U.S. Bankruptcy Court

RE: Mary L. Helm
    Bankruptcy Case No.   1-04-04221
    Unclaimed Funds For:  The Citi Group
                          715 S. Metropolitan Ste 250
                          Oklahoma City OK 73124

Dear Clerk:

   Enclosed herewith please find check No.751165 for $2,236.79 drawn on the Fulton Bank
representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to
contact our office.

                              Very truly yours,

                              *Carol A. Kreider*

                              Carol A. Kreider
                              Funds Manager

2009 SEP 11 AM 9:31
FILED